*Whitaker Brothers* and *Charles F. Blake,* for Relator;
*C. Jay Hardee,* for Respondent.

TERRELL, J.—The record and briefs in this case have been
examined and while the parties are different the questions
of law and fact presented are identical with those argued
and decided in State of Florida, *ex rel.* John Marshall, v.
W. Raleigh Petteway, as Judge of the Criminal Court of
Record of Hillsborough County, Florida, decided this date.

For the reasons stated in that opinion the writ of pro-
hibition herein should issue with directions that the accused
be discharged from the prosecution complained of. It is
so ordered.

WHITFIELD, C. J., and ELLIS, BUFORD and DAVIS, J. J.,
concur.

BROWN, J., dissents.

STATE, *ex rel.* IGNATIO LEMUS, v. W. RALEIGH PETTE-
WAY, as Judge of the Criminal Court of Record for Hills-
borough County.

164 So. 875.

Opinion Filed December 3, 1935.

Rehearing Denied January 10, 1936.

*Whitaker Brothers* and *Charles F. Blake,* for Relator;
*C. Jay Hardee,* for Respondent.

TERRELL, J.—The record and briefs in this case have been
examined and while the parties are different the questions
of law and fact presented are identical with those argued
and decided in State of Florida, *ex rel.* John Marshall, v.
W. Raleigh Petteway, as Judge of the Criminal Court of
Record of Hillsborough County, Florida, decided this date.

For the reasons stated in that opinion the writ of prohibition herein should issue with directions that the accused be discharged from the prosecution complained of. It is so ordered.

WHITFIELD, C. J., and ELLIS, BUFORD and DAVIS, J. J.. concur.

BROWN, J., dissents.

STATE, *ex rel.* J. L. YOUNG, v. W. RALEIGH PETTEWAY, as Judge of the Criminal Court of Record of Hillsborough County.

164 So. 875.

Opinion Filed December 3, 1935.

Rehearing Denied January 10, 1936.

*Whitaker Brothers* and *Charles F. Blake,* for Relator; *C. Jay Hardee,* for Respondent.

TERRELL, J.—The record and briefs in this case have been examined and while the parties are different the questions of law and fact presented are identical with those argued and decided in State of Florida, *ex rel.* John Marshall, v. W. Raleigh Petteway, as Judge of the Criminal Court of Record of Hillsborough County, Florida, decided this date.

For the reasons stated in that opinion the writ of prohibition herein should issue with directions that the accused be discharged from the prosecution complained of. It is so ordered.

WHITFIELD, C. J., and ELLIS, BUFORD and DAVIS, J. J., concur.

BROWN, J., dissents.